# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JIMMY COOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:18-cv-01073-SCJ |
| SCHWEID AND SONS SOUTH, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

THIS CAUSE having come before the Court on the Parties' Joint Motion for Approval of Settlement Agreement, the Court orders as follows:

1. The proposed settlement here is a fair and reasonable settlement of Plaintiff's claim under the Fair Labor Standards Act.

2. The proposed settlement is hereby APPROVED. The Court shall retain jurisdiction over this matter and the settlement agreements until all payments are made by Defendant.

3. After all payments have been received by Plaintiff under the settlement agreements, the Parties shall file a notice with the Court indicating all

payments have been made. At that time the Court will dismiss this matter with prejudice.

**SO ORDERED** this  27th  day of August, 2018.

 s/Steve C. Jones 
**STEVE C. JONES**
**UNITED STATES DISTRICT COURT**